

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed June 19, 2019**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| BARRY ELWOOD TUBBS II | ) | |
| AMY RAYNELLE TUBBS | ) | |
|     DEBTORS. | ) | CASE NO. 17-45510- ELM-7 |
| _____ | ) | |
| | ) | |
| WILLIAM T. NEARY, | ) | |
| UNITED STATES TRUSTEE, | ) | |
|     PLAINTIFF | ) | ADVERSARY NO. 19-04059 |
| | ) | |
| V. | ) | |
| | ) | |
| BARRY ELWOOD TUBBS II | ) | |
| AMY RAYNELLE TUBBS | ) | |
| | ) | |
|     DEFENDANTS. | ) | HON. EDWARD MORRIS |
| | ) | |

## AGREED FINAL JUDGMENT
## REVOKING DISCHARGE

This matter is before the Court on the complaint of Plaintiff, William T. Neary, United

States Trustee (the "Plaintiff"), to revoke the discharge of the Defendants, Barry Elwood Tubbs II and Amy Raynelle Tubbs, the Debtors in the within bankruptcy case (the "Defendants" or "Debtor"). The Court finds that the subject matter of the Plaintiff's complaint and of this Judgment is within the core matter jurisdiction of this Court under the express provisions of 28 U.S.C. § 157(b)(2)(A), (J) and (O).

IT APPEARING to the Court that the Plaintiff and the Defendants have resolved the within dispute.

IT IS THEREFORE ORDERED, by agreement of the parties, that the discharge previously granted to the Defendants, Amy Tubbs and Barry Elwood Tubbs is hereby revoked pursuant to 11 U.S.C. § 727(d).

### ### IT IS SO ORDERED # # #

**Agreed and Consented to:**

/s/ Nancy Resnick
Attorney for the Plaintiff
United States Trustee
William T. Neary
1100 Commerce Street Room 976
Dallas, Texas 75242


/s/ Eric Allen Maskell
Eric Allen Maskell
Lee Law Firm, PLLC
8701 Bedford Euless Rd.
Suite 510
Hurst, TX 76053
Attorney for the Defendant/Debtor

/s/Amy Tubbs
Debtor/ Defendant
Amy Tubbs

 /s/ Barry E. Tubbs
Debtor/Defendant
Barry Elwood Tubbs II